**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:23cr232-MHT** |
| | ) | **(WO)** |
| **TIMOTHY BERNARD SUMMERLIN** | ) | |

**ORDER**

Upon consideration of the government's motion to dismiss count 2 of the indictment, it is ORDERED that the motion (Doc. 41) is granted, and count 2 of the indictment (Doc. 1) is dismissed without prejudice pursuant to the plea agreement (Doc. 36).

DONE, this the 13th day of November, 2023.

                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**